# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JESUS M. SIMMS**, **TOMMY T. BUSH**,
**MORNINGSTAR THOMAS**,
**WOODROW STALLINGS, JR.**,
**DENNISE WHITE, MICHAEL HOWARD**,
**AARON H. SCOTT, JAVIER MCCANTS**,
**THADOUS BEARD, DRESHAWN FREEMAN**,
**MYRIO ROGERS, BRANDON JONES**,
**JEROD BRUMFIELD, ANTHONY JOHNSON**,
**CHARLES ROBY, NOAH HUNTER**,
**CHRISTIAN CARDON, IROQUOIS REGAZZI**,
**VANN POPE, MARIO PATTILLO, and**
**CLIFFORD E. BENT,**

       Plaintiffs,

       **v.**                                  **Case No. 22-CV-697**

**INSPECTOR DOBSON,** *et al.*,

       Defendants.

## ORDER

On June 21, 2022, the court issued an order stating that any plaintiffs who filed a notice of withdrawal could be dismissed from this action without being assessed the statutory filing fee. Plaintiffs Iroquois Regazzi, Lawrence Gregory Burns, and Keveon Wade filed motions to withdraw. (ECF Nos. 10, 24, 47.) The court grants their motions and they are dismissed from the case. Plaintiffs Christian Cardona and Myrio Rogers filed notices of withdrawal. (ECF Nos. 16, 19). They are

also dismissed from the case. These plaintiffs will not have to pay any portion of a filing fee.

**IT IS THEREFORE ORDERED** that Iroquois Regazzi's, Lawrence Gregory Burns's, and Keveon Wade's motions to withdraw (ECF Nos. 10, 24, 47) are **GRANTED**. Regazzi, Burns, and Wade are **DISMISSED**.

**IT IS FURTHER ORDERED** that Christian Cardona and Myrio Rogers are **DISMISSED** pursuant to their notices of withdrawal (ECF Nos. 16, 19).

Dated in Milwaukee, Wisconsin this 17th day of November, 2022.

BY THE COURT

WILLIAM E. DUFFIN
United States Magistrate Judge

2