UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JESUS M. SIMMS, TOMMY T. BUSH,
MORNINGSTAR THOMAS,
WOODROW STALLINGS, JR.,
DENNISE WHITE, MICHAEL HOWARD,
AARON H. SCOTT, JAVIER MCCANTS,
THADOUS BEARD, DRESHAWN FREEMAN,
MYRIO ROGERS, BRANDON JONES,
JEROD BRUMFIELD, ANTHONY JOHNSON,
CHARLES ROBY, NOAH HUNTER,
CHRISTIAN CARDON, IROQUOIS REGAZZI,
VANN POPE, MARIO PATTILLO, and
CLIFFORD E. BENT,

      Plaintiffs,

  v.                                                                        Case No. 22-CV-697

INSPECTOR DOBSON, *et al.*,

      Defendants.

## ORDER

On July 11, 2022, plaintiff Woodrow Stallings, Jr. filed a motion for leave to proceed without prepayment of the filing fee. (ECF No. 17.) On September 7, 2022, the court ordered Stallings to pay an initial partial filing fee of $18.00 by October 7, 2022. (ECF No. 60.) On November 9, 2022, Stallings filed a letter inquiring if the court ever received a $350 money order from his friend for the filing fee. (ECF No. 78.) The Clerk of Court's office responded, informing Stallings that no such payment was received. (*Id.*)

Because it appears Stallings is attempting to pay the fee to continue pursuing his case, the court will give him one final opportunity to either pay the $18.00 initial partial filing fee or pay the full filing fee by the date below. Failure to do either by the deadline will result in Stallings being dismissed from the case. If Stallings is dismissed, he will still be responsible for paying the $350 filing fee.

**IT IS THEREFORE ORDERED** that by **December 7, 2022,** Stallings must either pay the $18.00 initial partial filing fee or the full filing fee. Failure to do so by this deadline will result in Stallings being dismissed from the case.

Dated in Milwaukee, Wisconsin this 17th day of November, 2022.

BY THE COURT

*William E. Duffin*

WILLIAM E. DUFFIN
United States Magistrate Judge