# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TOMMY T. BUSH, *et al.*,

    Plaintiffs,

v.                                                          Case No. 22-CV-697

INSPECTOR DOBSON, *et al.*,

    Defendants.

## ORDER

On June 21, 2022, the court issued an order stating that any plaintiffs who filed a notice of withdrawal could be dismissed from this action without being assessed the statutory filing fee. (ECF No. 7.) If they wanted to proceed with the case, they needed to file a motion to proceed without prepayment of the filing fee, along with a certified trust account statement.

On July 18, 2022, plaintiff Dreshawn Freeman moved to proceed without prepayment of the filing fee. (ECF No. 29.) On September 7, 2022, the court ordered Freeman to pay an initial partial filing fee of $49.50. (ECF No. 65.) On October 5, 2022, Freeman paid the initial partial filing fees.

On December 27, 2022, after paying the initial partial filing fee, Freeman filed a motion to withdraw, stating that he does not have the funds to proceed. (ECF No. 92.)

The court will allow Freeman to withdraw and will direct the Court of Clerk to refund his initial partial filing fee.

**IT IS THEREFORE ORDERED** that Freeman's motion to withdraw (ECF No. 92) is **GRANTED** and he is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Clerk of Court's office refund Freeman's initial partial filing fee of $49.50.

**IT IS FURTHER ORDERED** that copies of this order be sent to the Milwaukee County Sheriff and to Dennis Brand, 821 W. State Street, Room 224, Milwaukee, WI 53233.

Dated in Milwaukee, Wisconsin this 18th day of January, 2023.

BY THE COURT

*William E. Duffin*

WILLIAM E. DUFFIN
United States Magistrate Judge